**John B. PACK, Appellant,**

v.

**Mose FOX, Appellee.**

**John B. PACK, Appellant,**

v.

**George FLEMING, Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1955.

Rehearing Denied Nov. 18, 1955.

Joe Hobson, Prestonsburg, for appellant.

Woodrow W. Burchett, Prestonburg, for appellee.

**214**

PER CURIAM.

Motion for an appeal from judgments aggregating $2,150 for damages arising out of a motor vehicle collision. We have considered defendant's contentions with respect to his motion for a directed verdict and the competency of evidence admitted and rejected at the trial. We find no error.

The motion for appeal is overruled and the judgments stand affirmed.